# EXHIBIT A

# Allina Health

Allina Health Maple Grove Clinic
7840 Vinewood Ln N
MAPLE GROVE MN 55369-7013
763-236-0200

Kevin M Murphy
Unit 344
10300 City Walk Dr
Woodbury MN 55129

November 29, 2019

To Whom It May Concern:

Kevin should keep his (cat or dog) in his apartment, since the (cat or dog) is a companion for him and provides him an emotional support.

Sincerely,

Elena, Borisovna Spector, MD/kp, RN

*[signature]* 12/4/19