**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

| | |
|---|---|
| KEVIN MURPHY, | Civil No. 20-2133 (JRT/ECW) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL** |
| THE CONNOR GROUP, et al., | **WITH PREJUDICE** |
| Defendants. | |

Ryan D. Peterson, **PETERSON LEGAL, PLLC,** 5201 Eden Avenue, Suite 300, Edina, MN 55436, for plaintiff.

Christian Victor Hokans, **FREDRIKSON & BYRON,** 200 South Sixth Street, Suite 4000, Minneapolis, MN 55401, for defendant.

The parties filed a Stipulation of Dismissal on June 17, 2021. (ECF No. 24) Based on a review of the file, record, and proceedings herein, **IT IS HEREBY ORDERED** that this case is **DISMISSED WITH PREJUDICE**, with each party bearing its own costs, expenses, and attorneys' fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 30, 2021                       ___s/John R. Tunheim_____
at Minneapolis, Minnesota                 JOHN R. TUNHEIM
                                                          Chief Judge
                                         United States District Court